IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Himel, Eric C

Printed: 10/29/08

Case Number: 08 B 07182
Judge: Wedoff, Eugene R
Filed: 3/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,150.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,150.00 |
| Totals: | 1,150.00 | 1,150.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Beneficial | Secured | 0.00 | 0.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Beneficial | Secured | 0.00 | 0.00 |
| 4. | Everhome Mortgage Company | Secured | 7,000.00 | 0.00 |
| 5. | Franchise Tax Board of Califor | Priority | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 8. | Franchise Tax Board of Califor | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 5,094.94 | 0.00 |
| 10. | Merrick Bank | Unsecured | 1,423.38 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 900.24 | 0.00 |
| 12. | Cash Call | Unsecured | 7,588.20 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 294.30 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 1,232.40 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 1,892.84 | 0.00 |
| 16. | Ebay | Unsecured |  | No Claim Filed |
| 17. | Bank Of America | Unsecured |  | No Claim Filed |
| 18. | Citibank (South Dakota), N.A. | Unsecured |  | No Claim Filed |
| 19. | Commercial Check Control | Unsecured |  | No Claim Filed |
| 20. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 21. | Eugene Mandrea | Unsecured |  | No Claim Filed |
| 22. | Ice Mountain Spring Water | Unsecured |  | No Claim Filed |
| 23. | Illinois Masonic Medical Center | Unsecured |  | No Claim Filed |
| 24. | Pay Pal | Unsecured |  | No Claim Filed |
| 25. | Safeway Insurance Co | Unsecured |  | No Claim Filed |
| 26. | Animal Ark Veterinarian Clinic | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Himel, Eric C

Printed: 10/29/08

Case Number: 08 B 07182
Judge: Wedoff, Eugene R
Filed: 3/26/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Target Corporation | Unsecured | | No Claim Filed |
| 28. | UI Payment Plan Inc | Unsecured | | No Claim Filed |
| 29. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 30. | Primus Telecommunications | Unsecured | | No Claim Filed |
| 31. | Howard Brown Health Center | Unsecured | | No Claim Filed |
| 32. | Urban Insurance Agency | Unsecured | | No Claim Filed |
| 33. | Frank Pieri | Unsecured | | No Claim Filed |
| | | | $ 25,426.30 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

